# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TUOHY, VINCENT § Case No. 14-13750 DRC
§
           Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/14/2014 . The undersigned trustee was appointed on 04/14/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $    100,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 43,447.07 |
| Bank service fees | 1,217.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 55,335.32 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/24/2014 and the deadline for filing governmental claims was 10/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,250.00 , for a total compensation of $ 8,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.96 , for total expenses of $ 6.96 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/09/2016           By: /s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-13750 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | TUOHY, VINCENT | | | Date Filed (f) or Converted (c): | 04/14/14 (f) |
| | | | | 341(a) Meeting Date: | 05/13/14 |
| For Period Ending: | 12/09/16 | | | Claims Bar Date: | 10/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WESTHAVEN, KILSALLACH UPPER, WESTPORT CO., MAYO, I | 424,917.00 | 0.00 | | 0.00 | FA |
| 2. BALLYHAUNIS, CO. MAYO, IRELAND | 68,535.00 | 0.00 | | 0.00 | FA |
| 3. APARTMENTS NOS 2,4, 6 AND 8, CURRAGH HALL GATE, TY | 548,280.00 | 0.00 | | 0.00 | FA |
| 4. 1X HOUSE, CLUAIN RT, LOUISBURGH, CO. MAYO, IRELAND | 205,605.00 | 0.00 | | 0.00 | FA |
| 5. 1X HALF BUILT HOUSE AND LAND (DEVELOPMENT), FALLDU | 95,949.00 | 0.00 | | 0.00 | FA |
| 6. APARTMENT BLOCK 8, NO. 103, IRIS VILLAGE, PAPHOS, | 116,509.50 | 0.00 | | 0.00 | FA |
| 7. TOWN HOUSE, BLOCK 1 NO.2 (FORMERLY NO. 5), ANARITA | 153,518.40 | 0.00 | | 0.00 | FA |
| 8. TOWN HOUSE, BLOCK 3, NO. 4, ANARITA CHORIO, PAPHOS | 146,664.00 | 0.00 | | 0.00 | FA |
| 9. GARDEN APARTMENT, BLOCK 6, NO. 29, ANARITA CHORIO, | 201,492.00 | 0.00 | | 0.00 | FA |
| 10. LES SOURCES DE MARIE - ARC 1950, APARTMENT 069, 73 Trustee to investigate fmv of r/e. This is a holiday resort in the French Alps. The Debtor participates in a property management program to obtain rentals. Debtor owns a 50% interest. | 287,847.00 | 0.00 | | 0.00 | FA |
| 11. Chase Checking 4504 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Chase Savings 9829 | 10.00 | 0.00 | | 0.00 | FA |
| 13. Bank of Cyprus Checking 1435 | 68.50 | 0.00 | | 0.00 | FA |
| 14. HSBC France | Unknown | 0.00 | | 0.00 | FA |
| 15. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 16. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 17. FURS AND JEWELRY Wedding Ring | 50.00 | 0.00 | | 0.00 | FA |
| 18. Member intereset in Brenjohvin, LLC Trustee to investigate validity of liens and other interests | Unknown | 25,000.00 | | 25,000.00 | FA |
| 19. Membership interest in Davsha, LLC Trustee to investigate validity of liens and other interests | Unknown | 25,000.00 | | 25,000.00 | FA |
| 20. Membership interest in Henjorjad, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-13750 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | TUOHY, VINCENT | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 04/14/14 (f) |
| 341(a) Meeting Date: | 05/13/14 |
| Claims Bar Date: | 10/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trustee to investigate validity of liens and other interests | | | | | |
| 21. Membership interest in Westhaven Holdings, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |
| Trustee to investigate validity of liens and other interests | | | | | |
| 22. PARTNERSHIP with Michael Barrable | 0.00 | 0.00 | | 0.00 | FA |
| Relates to real property located in French Alps | | | | | |
| 23. Leased 2012 Toyota Camry | 13,000.00 | 0.00 | | 0.00 | FA |
| 24. Leased 2013 Toyota Corolla | 12,000.00 | 0.00 | | 0.00 | FA |
| 25. Cell Phone | 100.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,274,695.40 | $100,000.00 | | $100,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee working on claims objections; TFR to follow October 12, 2016, 02:43 pm

Trustee has proposed settlement of litigation thru sale of interest.
October 08, 2015, 12:18 pm

Litigation to ensue
October 22, 2014, 01:57 pm

Trustee concluded 341. Trustee to investigate preferences against insiders and recharacterization of loan to equity.
Trustee has employed special counsel to pursue setting aside secured transactions.
October 01, 2014, 04:37 pm

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                              Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| | | |
|---|---|---|
| Case No: 14-13750 DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: TUOHY, VINCENT | Date Filed (f) or Converted (c): | 04/14/14 (f) |
| | 341(a) Meeting Date: | 05/13/14 |
| | Claims Bar Date: | 10/24/14 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 06/30/17

/s/   GINA B. KROL
_____   Date: 12/09/16
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-13750 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TUOHY, VINCENT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7806 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5339 | | | |
| For Period Ending: | 12/09/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/15 | * NOTE * | Gregory Stern PC<br>IOLTA Trust Account<br>53 W. Jackson Blvd., Ste. 1442<br>Chicago, IL 60604 | * NOTE * Properties 18, 19, 20, 21 | 1129-000 | 49,970.00 | | 49,970.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 49,953.23 |
| 11/05/15 | * NOTE * | Gregory Stern<br>IOLTA Trust Account<br>53 W. Jackson Blvd.<br>Ste. 1442<br>Chicago, IL 60604 | Sale of Interest<br>* NOTE * Properties 18, 19, 20, 21 | 1129-000 | 49,970.00 | | 99,923.23 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.25 | 99,848.98 |
| 11/09/15 | 030001 | Miller Advertising Agency<br>71 Fifth Avenue<br>New York, NY 10003 | Chicago Tribune Ad<br>Invoice #807669-077 | 2990-000 | | 2,381.98 | 97,467.00 |
| 11/10/15 | * NOTE * | Gregory Stern<br>53 W. Jackson Blvd.<br>Chicago, IL 60604 | Balance of Sale Proceeds<br>* NOTE * Properties 18, 19, 20, 21 | 1129-000 | 60.00 | | 97,527.00 |
| 12/07/15 | 030002 | Arnstein & Lehr<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3210-600 | | 40,000.00 | 57,527.00 |
| 12/07/15 | 030003 | Arnstein & Lehr<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60602 | Attorney's Expenses per Court Order | 3220-610 | | 1,033.38 | 56,493.62 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.06 | 56,361.56 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.58 | 56,263.98 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.66 | 56,180.32 |

Page Subtotals 100,000.00 43,819.68

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.06c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-13750 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TUOHY, VINCENT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7806  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5339 | | | |
| For Period Ending: | 12/09/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/18/16 | 030004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 31.71 | 56,148.61 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.12 | 56,070.49 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.36 | 55,987.13 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.55 | 55,906.58 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.11 | 55,823.47 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.32 | 55,743.15 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.88 | 55,660.27 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.74 | 55,577.53 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.97 | 55,497.56 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.51 | 55,415.05 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.73 | 55,335.32 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 100,000.00 | 44,664.68 | 55,335.32 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 44,664.68 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 100,000.00 | 44,664.68 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7806) | 100,000.00 | 44,664.68 | 55,335.32 |
| | ------------------ | ------------------ | ------------------ |
| | 100,000.00 | 44,664.68 | 55,335.32 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    845.00

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-13750 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | TUOHY, VINCENT | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7806  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5339 | | |
| For Period Ending: | 12/09/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 09, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 14-13750<br>Debtor Name: TUOHY, VINCENT | | Priority Sequence<br>Joint Debtor: | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $3,355.61 | $3,355.61 |
| ADMIN<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $8,256.96 | $8,256.96 |
| 000002A<br>050<br>4110-00 | Pafilla Property Developers Ltd.<br>33 Nicodemou Mylona St., Marina Ct.<br>PO Box 60159, 8101 Pafos<br>CYPRUS | Secured | Claim is for a mortgage on property not sold by the Trustee<br>claim valuation is zero per order of 12/2/16 | $0.00 | $226,070.44 | $0.00 |
| 000003<br>050<br>4110-00 | Tresorerie De Bourg Saint-Maurice<br>Tresor Public<br>351 Route DE Montrigon - BP 95<br>73700 Bourg Satint-Maurice (France) | Secured | Claim is for R/E taxes on property that was not sold by the Trustee<br>claim valuation is zero per order of 12/2/16 | $0.00 | $6,579.00 | $0.00 |
| 000004<br>050<br>4110-00 | Henry Chedid<br>C/O Gregory K. Stern, P.C.<br>53 West Jackson, Suite 1442<br>Chicago, IL 60604 | Secured<br>withdrawn | | $0.00 | $299,510.65 | $0.00 |
| 000005<br>050<br>4110-00 | Brenden Cody<br>C/O Gregory K. Stern, P.C.<br>53 West Jackson, Suite 1442<br>Chicago, IL 60604 | Secured<br>withdrawn | | $0.00 | $914,283.52 | $0.00 |
| 000001<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $546.06 | $546.06 |
| 000002<br>070<br>7100-00 | Pafilla Property Developers Ltd.<br>33 Nicodemou Mylona St., Marina Ct.<br>PO Box 60159, 8101 Pafos<br>CYPRUS | Unsecured | | $0.00 | $34,725.52 | $34,725.52 |
| 000006<br>070<br>7100-00 | ACC Bank PLC<br>c/o SCHOPF & WEISS LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606 | Unsecured | | $0.00 | $1,399,854.10 | $1,399,854.10 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $31.71 | $31.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 09, 2016 |

Case Number: 14-13750  
Debtor Name: TUOHY, VINCENT  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $2,893,213.57 | $1,446,769.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13750 DRC
Case Name: TUOHY, VINCENT
Trustee Name: GINA B. KROL

Balance on hand $ 55,335.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | $ 226,070.44 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Tresorerie De Bourg Saint-Maurice Tresor Public 351 Route DE Montrigon - BP 95 73700 Bourg Satint-Maurice (France) | $ 6,579.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Henry Chedid C/O Gregory K. Stern, P.C. 53 West Jackson, Suite 1442 Chicago, IL 60604 | $ 299,510.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Brenden Cody C/O Gregory K. Stern, P.C. 53 West Jackson, Suite 1442 Chicago, IL 60604 | $ 914,283.52 | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to secured creditors      $ 0.00

    Remaining Balance      $ 55,335.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 8,250.00 | $ 0.00 | $ 8,250.00 |
| Trustee Expenses: GINA B. KROL | $ 6.96 | $ 0.00 | $ 6.96 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,199.50 | $ 0.00 | $ 3,199.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 156.11 | $ 0.00 | $ 156.11 |
| Other: ADAMS-LEVINE | $ 31.71 | $ 31.71 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $ 11,612.57

    Remaining Balance      $ 43,722.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,435,125.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 546.06 | $ 0.00 | $ 16.64 |
| 000006 | ACC Bank PLC c/o SCHOPF & WEISS LLP One South Wacker Drive, 28th Floor Chicago, IL 60606 | $ 1,399,854.10 | $ 0.00 | $ 42,648.16 |
| 000002 | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | $ 34,725.52 | $ 0.00 | $ 1,057.95 |
| | Total to be paid to timely general unsecured creditors | | $ | 43,722.75 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE