IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VINCENT TOUHY,** | ) | No. 14 B 13750 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 27, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Gina B. Krol
                                                                                Ch 7 Bankruptcy Trustee

**Service List:**

Pafilla Property Developers Ltd.
33 Nicodemou
Mylona St., Marina Ct.
PO Box 6059
8101 Pafos, Cyprus

Tresorerie de Bourg Saint-Maurice
Tresor Public
351 Route DE Montrigon- BP 95
73700 Bourg Saint Maurice, France

Henry Chedid
c/o Gregory Stern
53 W. Jackson Blvd.
Suite 1442
Chicago, IL 60604

Brendon Cody
c/o Gregory Stern
53 W. Jackson Blvd.
Suite 1442
Chicago, IL 60604

Capital One Bank NA
By American InfoSource LP, agent
PO Box 71083
Charlotte, NC   28272-1083

ACC Bank PLC
c/o Schopf & Weiss LLP
One S. Wacker Dr., 28th Floor
Chicago, IL 60606


Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov