**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TUOHY, VINCENT | § | Case No. 14-13750 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,274,316.90<br>*(Without deducting any secured claims)* | Assets Exempt: 378.50 |
| Total Distributions to Claimants: 43,722.75 | Claims Discharged<br>Without Payment: 1,615,244.05 |
| Total Expenses of Administration: 56,277.25 | |

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 100,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,503,223.75 | $ 1,446,443.61 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 56,277.25 | 56,277.25 | 56,277.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,140,824.12 | 1,435,125.68 | 1,435,125.68 | 43,722.75 |
| **TOTAL DISBURSEMENTS** | $ 9,646,047.87 | $ 2,937,846.54 | $ 1,491,402.93 | $ 100,000.00 |

4) This case was originally filed under chapter 7 on 04/14/2014 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2017 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Member intereset in Brenjohvin, LLC | 1129-000 | 25,000.00 |
| Membership interest in Davsha, LLC | 1129-000 | 25,000.00 |
| Membership interest in Henjorjad, LLC | 1129-000 | 25,000.00 |
| Membership interest in Westhaven Holdings, LLC | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 100,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpha Bank Cyprus Ltd. 57, Griva Digeni Avenue PO Box 60016, 8100 Paphos CYPRUS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Alpha Bank Cyprus Ltd. 57, Griva Digeni Avenue PO Box 60016, 8100 Paphos CYPRUS | | 181,420.00 | NA | NA | 0.00 |
| | Alpha Bank Cyprus Ltd. 57, Griva Digeni Avenue PO Box 60016, 8100 Paphos CYPRUS | | 174,548.00 | NA | NA | 0.00 |
| | Alpha Bank Cyprus Ltd. 57, Griva Digeni Avenue PO Box 60016, 8100 Paphos CYPRUS | | 230,212.00 | NA | NA | 0.00 |
| | Brenden Cody DHL/Lebanon - Rafic Hariri Airport Beirut AO 11077 2020 LEBANON | | 902,416.00 | NA | NA | 0.00 |
| | Brenden Cody DHL/Lebanon - Rafic Hariri Airport Beirut AO 11077 2020 LEBANON | | 902,416.00 | NA | NA | 0.00 |
| | Brenden Cody DHL/Lebanon - Rafic Hariri Airport Beirut AO 11077 2020 LEBANON | | 902,416.00 | NA | NA | 0.00 |
| | Brenden Cody DHL/Lebanon - Rafic Hariri Airport Beirut AO 11077 2020 LEBANON | | 902,416.00 | NA | NA | 0.00 |
| | EBS Limited 2 Burlington Road Dublin 2 IRELAND | | 247,392.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC France Agenice Annecy 15 - 17 Avenue D'Albigny 74000 Anncey FRANCE | | 371,088.00 | NA | NA | 0.00 |
| | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | | 14,653.30 | NA | NA | 0.00 |
| | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | | 47,031.03 | NA | NA | 0.00 |
| | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | | 55,756.41 | NA | NA | 0.00 |
| | Pafilla Property Developers Ltd. 33 Nicodemou Mylona St., Marina Ct. PO Box 60159, 8101 Pafos CYPRUS | | 148,196.60 | NA | NA | 0.00 |
| | Permanent TSB 56-59 St. Stephens Green Dublin 2 IRELAND | | 1,017,056.00 | NA | NA | 0.00 |
| | Permanent TSB 56-59 St. Stephens Green Dublin 2 IRELAND | | 350,472.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 11,396.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 10,932.00 | NA | NA | 0.00 |
| | Ulster Bank Ireland Limited 2nd Floor Block B Central Park Leopardstown Dublin 18 IRELAND | | 755,000.00 | NA | NA | 0.00 |
| | Ulster Bank Ireland Limited Block B Central Park Leopardstown Dublin 18 IRELAND | | 222,650.00 | NA | NA | 0.00 |
| 000005 | BRENDEN CODY | 4110-000 | NA | 914,283.52 | 0.00 | 0.00 |
| 000004 | HENRY CHEDID | 4110-000 | NA | 299,510.65 | 0.00 | 0.00 |
| 000002A | PAFILLA PROPERTY DEVELOPERS LTD. | 4110-000 | 55,756.41 | 226,070.44 | 0.00 | 0.00 |
| 000003 | TRESORERIE DE BOURG SAINT-MAURICE | 4110-000 | NA | 6,579.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 7,503,223.75 | $ 1,446,443.61 | $ 0.00 | $ 0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 8,250.00 | 8,250.00 | 8,250.00 |
| GINA B. KROL | 2200-000 | NA | 6.96 | 6.96 | 6.96 |
| ADAMS-LEVINE | 2300-000 | NA | 31.71 | 31.71 | 31.71 |
| ASSOCIATED BANK | 2600-000 | NA | 1,217.61 | 1,217.61 | 1,217.61 |
| MILLER ADVERTISING AGENCY | 2990-000 | NA | 2,381.98 | 2,381.98 | 2,381.98 |
| COHEN & KROL | 3110-000 | NA | 2,133.01 | 2,133.01 | 2,133.01 |
| GINA B. KROL | 3110-000 | NA | 1,066.49 | 1,066.49 | 1,066.49 |
| COHEN & KROL | 3120-000 | NA | 156.11 | 156.11 | 156.11 |
| ARNSTEIN & LEHR | 3210-600 | NA | 40,000.00 | 40,000.00 | 40,000.00 |
| ARNSTEIN & LEHR | 3220-610 | NA | 1,033.38 | 1,033.38 | 1,033.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 56,277.25 | $ 56,277.25 | $ 56,277.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Centre Des Finances Publiques Tres 351 Rte de Montrigon BP 95 73702 Bourg St Maurice Cedex FRANCE | | 0.00 | NA | NA | 0.00 |
| | Irish Tax and Customs Revenue LPT Branch PO Box 1 Limerick IRELAND | | 2,000.00 | NA | NA | 0.00 |
| | Irish Tax and Customs Revenue Sarsfield House Francis Street Limerick IRELAND, | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 2,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Adventist La Grange Memorial Hospit PO Box 1965 Southgate, MI 48195-0965 | | 512.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 701 Lee Street Des Plaines, IL 60016 | | 879.00 | NA | NA | 0.00 |
| | Airtricity Limited Ravenscourt Office Park Sandyford Dublin 18 IRELAND | | 514.26 | NA | NA | 0.00 |
| | Burke & Coyne Oil Coolnaha Ballyhaunis Co. Mayo IRELAND | | 1,286.00 | NA | NA | 0.00 |
| | Cabot Financial Ireland Ltd. PO Box 1151 Tallaght Dublin 24 IRELAND | | 15,000.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 320.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Fingal County Council County Hall, Swords Fingal, Co. Dublin IRELAND | | 44.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Walsh Louisburg c/o Hanley Solicitor Westport Co. Mayo IRELAND | | 52,227.00 | NA | NA | 0.00 |
| | MBNA Ireland Carrick-On-Shannon Leitrim County Leitrim IRELAND | | 0.00 | NA | NA | 0.00 |
| | McGuinn Solicitors Olympia House 61-63 Dame St. Dublin 2 IRELAND | | 15,000.00 | NA | NA | 0.00 |
| | Nat West Bank High Street Southampton UK | | 107,997.50 | NA | NA | 0.00 |
| | Oaklawn Radiology Imaging Cons c/o American Collectors 541 Otis Bowen Drive Munster, IN 46321 | | 33.57 | NA | NA | 0.00 |
| | Pierre & Vacances 11, rue de Camrrai 75947 Paris Cedex 19 FRANCE | | 13,745.00 | NA | NA | 0.00 |
| | Roberts Park Fire Protection Distri PO Box 457 Wheeling, IL 60090-0457 | | 1,195.20 | NA | NA | 0.00 |
| | SR Conseil 77 route de la Bourgeat BP 39 73700 Bourg-Saint-Maurie FRANCE | | 2,750.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Irish Dept. of Social Welfare Prospect Avenue Westport County Mayo IRELAND | | 275.00 | NA | NA | 0.00 |
| | Ulster Bank c/o McKeever Rowan 5 Harbourmaster Place Dublin 1 IRELAND | | 4,565.54 | NA | NA | 0.00 |
| 000006 | ACC BANK PLC | 7100-000 | 1,924,160.00 | 1,399,854.10 | 1,399,854.10 | 42,648.16 |
| 000002 | PAFILLA PROPERTY DEVELOPERS LTD. | 7100-001 | NA | 34,725.52 | 34,725.52 | 1,057.95 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 320.00 | 546.06 | 546.06 | 16.64 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 2,140,824.12 | $ 1,435,125.68 | $ 1,435,125.68 | $ 43,722.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 14-13750 JSB Judge: JANET S. BAER
Case Name: TUOHY, VINCENT

For Period Ending: 05/15/17

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/14/14 (f)
341(a) Meeting Date: 05/13/14
Claims Bar Date: 10/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WESTHAVEN, KILSALLACH UPPER, WESTPORT CO., MAYO, I | 424,917.00 | 0.00 | | 0.00 | FA |
| 2. BALLYHAUNIS, CO. MAYO, IRELAND | 68,535.00 | 0.00 | | 0.00 | FA |
| 3. APARTMENTS NOS 2,4, 6 AND 8, CURRAGH HALL GATE, TY | 548,280.00 | 0.00 | | 0.00 | FA |
| 4. 1X HOUSE, CLUAIN RT, LOUISBURGH, CO. MAYO, IRELAND | 205,605.00 | 0.00 | | 0.00 | FA |
| 5. 1X HALF BUILT HOUSE AND LAND (DEVELOPMENT), FALLDU | 95,949.00 | 0.00 | | 0.00 | FA |
| 6. APARTMENT BLOCK 8, NO. 103, IRIS VILLAGE, PAPHOS, | 116,509.50 | 0.00 | | 0.00 | FA |
| 7. TOWN HOUSE, BLOCK 1 NO.2 (FORMERLY NO. 5), ANARITA | 153,518.40 | 0.00 | | 0.00 | FA |
| 8. TOWN HOUSE, BLOCK 3, NO. 4, ANARITA CHORIO, PAPHOS | 146,664.00 | 0.00 | | 0.00 | FA |
| 9. GARDEN APARTMENT, BLOCK 6, NO. 29, ANARITA CHORIO, | 201,492.00 | 0.00 | | 0.00 | FA |
| 10. LES SOURCES DE MARIE - ARC 1950, APARTMENT 069, 73 | 287,847.00 | 0.00 | | 0.00 | FA |
| Trustee to investigate fmv of r/e. This is a holiday resort in the French Alps. The Debtor participates in a property management program to obtain rentals. Debtor owns a 50% interest. | | | | | |
| 11. Chase Checking 4504 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Chase Savings 9829 | 10.00 | 0.00 | | 0.00 | FA |
| 13. Bank of Cyprus Checking 1435 | 68.50 | 0.00 | | 0.00 | FA |
| 14. HSBC France | Unknown | 0.00 | | 0.00 | FA |
| 15. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 16. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 17. FURS AND JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| Wedding Ring | | | | | |
| 18. Member intereset in Brenjohvin, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |
| Trustee to investigate validity of liens and other interests | | | | | |
| 19. Membership interest in Davsha, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |
| Trustee to investigate validity of liens and other interests | | | | | |
| 20. Membership interest in Henjorjad, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 14-13750 JSB Judge: JANET S. BAER
Case Name: TUOHY, VINCENT

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/14/14 (f)
341(a) Meeting Date: 05/13/14
Claims Bar Date: 10/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trustee to investigate validity of liens and other interests | | | | | |
| 21. Membership interest in Westhaven Holdings, LLC | Unknown | 25,000.00 | | 25,000.00 | FA |
| Trustee to investigate validity of liens and other interests | | | | | |
| 22. PARTNERSHIP with Michael Barrable | 0.00 | 0.00 | | 0.00 | FA |
| Relates to real property located in French Alps | | | | | |
| 23. Leased 2012 Toyota Camry | 13,000.00 | 0.00 | | 0.00 | FA |
| 24. Leased 2013 Toyota Corolla | 12,000.00 | 0.00 | | 0.00 | FA |
| 25. Cell Phone | 100.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,274,695.40 | $100,000.00 | | $100,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sent TFR to US Tee for Review December 12, 2016, 02:01 pm

Trustee working on claims objections; TFR to follow October 12, 2016, 02:43 pm

Trustee has proposed settlement of litigation thru sale of interest.
October 08, 2015, 12:18 pm

Litigation to ensue
October 22, 2014, 01:57 pm
Trustee concluded 341. Trustee to investigate preferences against insiders and recharacterization of loan to equity.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 14-13750 JSB Judge: JANET S. BAER
Case Name: TUOHY, VINCENT

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/14/14 (f)
341(a) Meeting Date: 05/13/14
Claims Bar Date: 10/24/14

Trustee has employed special counsel to pursue setting aside secured transactions.

October 01, 2014, 04:37 pm

Initial Projected Date of Final Report (TFR): 12/31/15 Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-13750 -JSB
Case Name: TUOHY, VINCENT

Taxpayer ID No: *******5339
For Period Ending: 05/15/17

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/15 | * NOTE * | Gregory Stern PC<br>IOLTA Trust Account<br>53 W. Jackson Blvd., Ste. 1442<br>Chicago, IL 60604 | * NOTE * Properties 18, 19, 20, 21 | 1129-000 | 49,970.00 | | 49,970.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 49,953.23 |
| 11/05/15 | * NOTE * | Gregory Stern<br>IOLTA Trust Account<br>53 W. Jackson Blvd.<br>Ste. 1442<br>Chicago, IL 60604 | Sale of Interest<br>* NOTE * Properties 18, 19, 20, 21 | 1129-000 | 49,970.00 | | 99,923.23 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.25 | 99,848.98 |
| 11/09/15 | 030001 | Miller Advertising Agency<br>71 Fifth Avenue<br>New York, NY 10003 | Chicago Tribune Ad<br>Invoice #807669-077 | 2990-000 | | 2,381.98 | 97,467.00 |
| 11/10/15 | * NOTE * | Gregory Stern<br>53 W. Jackson Blvd.<br>Chicago, IL 60604 | Balance of Sale Proceeds<br>* NOTE * Properties 18, 19, 20, 21 | 1129-000 | 60.00 | | 97,527.00 |
| 12/07/15 | 030002 | Arnstein & Lehr<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3210-600 | | 40,000.00 | 57,527.00 |
| 12/07/15 | 030003 | Arnstein & Lehr<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60602 | Attorney's Expenses per Court Order | 3220-610 | | 1,033.38 | 56,493.62 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.06 | 56,361.56 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.58 | 56,263.98 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.66 | 56,180.32 |

Page Subtotals 100,000.00 43,819.68

Ver: 20.00a

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-13750 -JSB
Case Name: TUOHY, VINCENT

Taxpayer ID No: *******5339
For Period Ending: 05/15/17

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/18/16 | 030004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | | 2300-000 | | 31.71 | 56,148.61 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 78.12 | 56,070.49 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 83.36 | 55,987.13 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 80.55 | 55,906.58 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 83.11 | 55,823.47 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 80.32 | 55,743.15 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 82.88 | 55,660.27 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 82.74 | 55,577.53 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 79.97 | 55,497.56 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 82.51 | 55,415.05 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 79.73 | 55,335.32 |
| 01/20/17 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | | 8,256.96 | 47,078.36 |
| | | | Fees | 8,250.00 | 2100-000 | | | |
| | | | Expenses | 6.96 | 2200-000 | | | |
| 01/20/17 | 030006 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | | 2,289.12 | 44,789.24 |
| | | | Fees | 2,133.01 | 3110-000 | | | |
| | | | Expenses | 156.11 | 3120-000 | | | |
| 01/20/17 | 030007 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100 | Final Distribution | | 3110-000 | | 1,066.49 | 43,722.75 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 12,457.57 |

Ver: 20.00a

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-13750 -JSB
Case Name: TUOHY, VINCENT

Taxpayer ID No: *******5339
For Period Ending: 05/15/17

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL 60602 | | | | | |
| * 01/20/17 | 030008 | Pafilla Property Developers Ltd.<br>33 Nicodemou Mylona St., Marina Ct.<br>PO Box 60159, 8101 Pafos<br>CYPRUS | Final Distribution | 7100-004 | | 1,057.95 | 42,664.80 |
| 01/20/17 | 030009 | ACC Bank PLC<br>c/o SCHOPF & WEISS LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606 | Final Distribution | 7100-000 | | 42,648.16 | 16.64 |
| 01/20/17 | 030010 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 16.64 | 0.00 |
| * 04/26/17 | 030008 | Pafilla Property Developers Ltd.<br>33 Nicodemou Mylona St., Marina Ct.<br>PO Box 60159, 8101 Pafos<br>CYPRUS | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,057.95 | 1,057.95 |
| 04/26/17 | 030011 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final Distribution | 7100-001 | | 1,057.95 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 43,722.75 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-13750 -JSB
Case Name: TUOHY, VINCENT

Taxpayer ID No: *******5339
For Period Ending: 05/15/17

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 100,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 100,000.00 | 100,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7806 | 100,000.00 | 100,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 100,000.00 | 100,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |